HULDAH H. STILLMAN, appellant,

*v.*

HENRY W. JOHNSON, executor of Peter P. Conover, deceased, respondent.

JACOB PIERRE FRESHMUTH &c., appellant,

*v.*

HENRY W. JOHNSON, executor, respondent.

Appeals from a decree advised by Vice-Chancellor Reed, whose opinion is reported in *Johnson* v. *Conover, 9 Dick. Ch. Rep. 333.*

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

Stillman *v.* Johnson—

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—13.

*For reversal*—None.

Freshmuth *v.* Johnson—

*For affirmance*—THE CHIEF-JUSTICE, COLLINS, DEPUE, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BOGERT, DAYTON, HENDRICKSON, NIXON—13.

*For reversal*—None.